IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NATALIE C., | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 7:20-CV-423 ) ) |
| KILOLO KIJAKAZI, Commissioner of Social Security, | ) By: Michael F. Urbanski ) Chief United States District Judge ) |
| Defendant | ) ) |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Report and Recommendation, ECF No. 23, is **REJECTED in part**; the plaintiff's motion for summary judgment, ECF No. 15 is **GRANTED in part**; the Commissioner's motion for summary judgment, ECF No. 17, is **DENIED**; plaintiff's objections, ECF No. 24, are **SUSTAINED in part**; the Commissioner's decision is **VACATED**, and this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: November 3, 2021

Michael F. Urbanski
Chief United States District Judge